# Nagle's Estate (No. 2).

OPINION BY TREXLER, J., May 8, 1916:

For the reason set forth in the opinion, No. 53, October Term, 1915, in the Estate of Reuben Nagle, Appeal of Jacob R. Bingaman, Committee, the judgment is reversed. Appellee for costs.